UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA GILLIS, ET AL., | 2:23-cv-01474-KJN |
| Plaintiffs, | ORDER |
| v. | |
| IN-SHAPE FAMILY FITNESS, LLC, | |
| Defendant. | |

Pursuant to the parties' stipulation (ECF No. 16) and good cause having been shown, Defendant, IN-SHAPE FAMILY FITNESS, LLC, shall have up to and including October 25, 2023, to file its Answer. The Clerk's Entry of Default (ECF No. 14) is hereby set aside.

IT IS SO ORDERED.

Dated:  October 26, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gill.1474