UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA GILLIS, in her individual capacity, and SHAWN GILLIS, by and through his Guardian Ad Litem, LUCIA GILLIS,<br><br>    Plaintiffs,<br><br>    v.<br><br>IN-SHAPE FAMILY FITNESS, LLC,<br><br>    Defendant. | CASE NO. 2:23-cv-01474-KJM-CSK<br>Civil Rights<br><br>**ORDER GRANTING JOINT REQUEST TO SEAL AND/OR REDACT DOCUMENTS** |

**ORDER**

Having considered the Parties Joint Request to Seal and/or Redact Documents, IT IS HEREBY ORDERED that:

1. The request to seal the settlement amount in furtherance of the petition to approve settlement of a claim for a person with a disability is **granted**; and
2. The Parties shall file the redacted documentation of the settlement in public record and unredacted copy shall be filed under seal pursuant to Local Rule 141 within five (5) days of the date of entry of this order.

**IT IS SO ORDERED.**

DATED:  June 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE